# Order

Michigan Supreme Court
Lansing, Michigan

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133772(59)

ESTATE OF CHANTELL BUCKNER, by its
Personal Representative, RICHARD RASHID,
and LAQUATA WRIGHT, Minor, by her
Conservator, MICHAEL J. PANEK,
        Plaintiffs-Appellees,
        Cross-Appellants,

v

CITY OF LANSING,
        Defendant-Appellant,
        Cross-Appellee,
and

ESTATE OF LUTHER WAMPLER, by its
Personal Representative, PAMELA WAMPLER,
        Defendant, Cross-Plaintiff-Appellee,
        Cross-Appellee,
and

MARTHA WAMPLER,
        Defendant, Cross-Plaintiff,
and

MORLEY S. OATES POST 701 VETERANS OF
FOREIGN WARS OF THE UNITED STATES,
        Defendant, Cross-Defendant-Appellee,
        Cross-Appellee.

_____

SC: 133772
COA: 270455
Ingham CC: 05-001467-NI

On order of the Chief Justice, the motion by Michigan Association for Justice for extension of the time to file their brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk